**UNITED STATES of America,
Appellee,**

v.

**Robert Lee CLAY, Appellant.**

**No. 11681.**

United States Court of Appeals
Fourth Circuit.

Argued March 3, 1969.

Decided April 11, 1969.

D. Laurence McIntosh, Florence, S. C. (Court-appointed counsel) [Wright, Scott, Blackwell & Powers, Florence, S. C., on brief], for appellant.

Marvin L. Smith, Asst. U. S. Atty. (Klyde Robinson, U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and BOREMAN, Circuit Judges.

PER CURIAM:

In this prosecution for the interstate transportation of a falsely made security, it was proven that the defendant moved into the area where the check was negotiated a few weeks before the transaction and contemporaneously adopted the name he used in making the check. That fact, however, did not require the direction of a verdict of acquittal. Under all of the circumstances, the question whether the defendant adopted the name with the fraudulent intent of negotiating worthless checks was for the jury. *See* United States v. Metcalf, 4 Cir., 388 F.2d 440; United States v. Ackerman, 7 Cir., 393 F.2d 121; Edge v. United States, 5 Cir., 270 F.2d 837; Hubsch v. United States, 5 Cir., 256 F.2d 820. *See also* Cunningham v. United States, 4 Cir., 272 F.2d 791; Jones v. United States, 4 Cir., 234 F.2d 812.

Affirmed.